**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 7, 2022

By ECF

**MEMO ENDORSED**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York

**Re:  *United States v. Mario Lucas*, 22 Cr. 533 (ER)**

Dear Judge Ramos:

I write to respectfully request that the Court adjourn the December 15, 2022 conference in this matter for approximately 60 days. This is my first request for an adjournment. The Government consents. I make this request because I require additional time to continue to review the voluminous discovery in this matter and to continue plea negotiations (which have already begun) with the Government, which will potentially obviate the need for a trial.

Should the Court grant an adjournment, I consent to an exclusion of Speedy Trial time until the adjourn date.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Government counsel

---

The pretrial conference is adjourned to February 17, 2023 at 10 a.m.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  12/8/2022
New York, New York