**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 13, 2023

By ECF

**MEMO ENDORSED**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York

**Re:  *United States v. Mario Lucas*, 22 Cr. 533 (ER)**

Dear Judge Ramos:

I write to respectfully request that the Court adjourn the February 17, 2023 conference in this matter for approximately 30 days. This is my second request for an adjournment. The Government consents. I make this request because the parties have made significant progress toward a pretrial disposition, but do not expect to have completed that process in time for the currently scheduled conference.

Should the Court grant an adjournment, I consent to an exclusion of Speedy Trial time until the adjourn date.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:    Government counsel

---

The pretrial conference is adjourned to March 24, 2023 at 11:30 a.m. Speedy trial time is excluded from February 17, 2023 until March 24, 2023, in the interest of justice.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:  2/14/2023
New York, New York